

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-1447-10

**CC JUSTIN RIVAS, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE SECOND COURT OF APPEALS TARRANT COUNTY

*Per Curiam.*

## O P I N I O N

A jury convicted Appellant of driving while intoxicated, and the court assessed punishment at confinement for 30 days and a fine of $850.00. The Court of Appeals affirmed the conviction. *Rivas v. State*, No. 02-08-00410-CR (Tex.App. - Fort Worth, delivered August 31, 2010). On November 1, 2010, Appellant timely filed a petition for discretionary review in the Court of Appeals. See Tex.R.App.P. 68.2. On December 9, 2010, the Court of Appeals withdrew its opinion, and issued a new opinion, again affirming

the conviction. See Tex.R.App.P. 50. Appellant timely filed another petition for discretionary review on January 10, 2011. *Id*. On March 9, 2011, the Court of Appeals withdrew its December opinion and issued another opinion, ostensibly under rule 50, and again affirmed the conviction.

The Court of Appeals' opinion issued on March 9, 2011, was unauthorized under rule 50 of the Texas Rules of Appellate Procedure because rule 50 permits one rule 50 opinion to correct or modify the court's original opinion, after which "[n]o further opinions may be issued by the court of appeals." Tex.R.App.P. 50. Accordingly, the court had no jurisdiction to issue that opinion. See *Miller v. State*, 267 S.W.3d 32 (Tex.Cr.App. 2008); *Jones v. State*, 280 S.W.3d 847 (Tex.Cr.App. 2006); *Beller v. State*, 191 S.W.3d 718 (Tex.Cr.App. 2005); *Parsons v. State*, 187 S.W.3d 385 (Tex.Cr.App. 2005); Ex *parte Brashear*, 985 S.W.2d 460 (Tex.Cr.App. 1998); *Garza v. State*, 896 S.W.2d 192 (Tex.Cr.App. 1995). Therefore, the Court of Appeals' opinion issued on March 9, 2011, is ordered withdrawn, and the judgment and opinion of the Court of Appeals that issued on December 9, 2010, are reinstated. With this understanding, Appellant's petition for discretionary review filed on January 10, 2011, is refused.

Delivered: June 15, 2011
Do not publish